168 A.3d 59

**COLKLEY, Clayton**

v.

**STATE of Maryland**

**Pet. Docket No. 163, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 2474, Sept. Term, 2015).

Petition for writ of certiorari denied

168 A.3d 59

**COWARD, Dean**

v.

**STATE of Maryland**

**Pet. Docket No. 199, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 920, Sept. Term, 2016).

Petition for writ of certiorari dismissed